UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WESLEY FRANK DEASE,<br><br>　　　　　　　　　　Petitioner,<br>　　v.<br><br>CHARLES DANIELS, *et al.*,<br><br>　　　　　　　　　　Respondents. | Case No. 3:21-cv-00009-MMD-CLB<br><br>ORDER |

Respondents have filed a suggestion of death of Petitioner Wesley Dease. (ECF No. 13.) This action is thus moot. *See Garceau v. Woodford*, 399 F.3d 1101 (9th Cir. 2005); *Griffey v. Lindsey*, 349 F.3d 1157 (9th Cir. 2003).

It is therefore ordered that this action is dismissed as moot.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 10th Day of March 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE